UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**FILED**
May 19 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| United States of America | Case No. 4:21-mj-70811-MAG-1 |
|---|---|
| v. | Charging District: District of Massachusetts, Boston |
| PHILIPE DO AMARAL PEREIRA, | Charging District's Case No.: 1:21-cr-10158-MLW-13 |
| Defendants. | (Criminal Complaint No. 21-mj-5202-JGD) |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place:<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 2300<br>Boston, Massachusetts 02210 | Courtroom No.: TO BE DETERMINED |
|---|---|
| | Date and Time: TO BE DETERMINED |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 19, 2021

_____
Kandis A. Westmore
United States Magistrate Judge

*Transfer_No-Custody_CR_AO 467_CSA*
*rev. 3-19*